# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jose Luis Romero Hernandez,<br><br>Petitioner,<br>v.<br><br>David Easterwood, et al.,<br><br>Defendants. | Civil Case No: 0:26-00162-MJD-DTS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the parties' Stipulation of Dismissal with Prejudice [Doc. 14], **IT IS HEREBY ORDERED**:

1. All claims in this action are voluntarily **DISMISSED with prejudice**;

2. Petitioner's Motion for Temporary Restraining Order **[Doc. 3]** is **DENIED as moot**;

3. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED with prejudice**; and

4. Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 20, 2026          s/Michael J. Davis
                                 Michael J. Davis
                                 United States District Court