# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Luis Romero Hernandez,

Petitioner,

v.

David Easterwood, Todd M. Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-162 MJD/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. All claims in this action are voluntarily **DISMISSED with prejudice**;

2. Petitioner's Motion for Temporary Restraining Order **[Doc. 3]** is **DENIED as moot**;

3. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED with prejudice**; and

4. Each party shall bear their own costs and attorneys' fees.

Date: 1/20/2026

KATE M. FOGARTY, CLERK